UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 09-14057-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

AWNI S. ABDALLAH,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Lynch on August 2, 2010. A Report and Recommendation was filed on August 5, 2010 recommending payment in the amount of $15,600.00 as to voucher number FLS091760. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of August, 2010.

                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
        Edward D. Reagan, Esq.
        Lucy Lara, CJA Administrator